UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHILIP DALLMANN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2022

22 Cr. 660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold an initial conference in this matter on **December 14, 2022**, at **1:40 p.m.** Defendant, who lives in Seattle, Washington, requests that the Court permit him to participate in the conference remotely. Defendant's request is GRANTED. Accordingly, the conference will use the Court's videoconferencing system. Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: December 9, 2022
       New York, New York

                                          ANALISA TORRES
                                     United States District Judge