```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Philip Dallmann,             Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22 -CR- 660 ( AT ) (   )

Defendant __Philip Dallmann__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


/s/ Philip Dallmann by Martin Cohen
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Philip Dallmann
_____
Print Defendant's Name

/s/ Martin Cohen
_____
Defense Counsel's Signature

Martin Cohen
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

December 14, 2022
_____
Date

_____
ANALISA TORRES
United States District Judge