```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/7/2023
```

# Federal Defenders
## OF NEW YORK, INC.

52 Dua[...]

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 7, 2023

*By ECF and by e-mail*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres:

    I write on consent (Assistant U.S. Attorney Jane Chong) to respectfully request that the Court adjourn the conference currently scheduled for March 15, 2023 at 1:00 p.m., for a period of around 45 days. The adjournment will allow me to complete my review of the discovery and engage in discussions concerning a potential resolution of this matter.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act until the next conference.

    GRANTED. The status conference scheduled for March 15, 2023, is ADJOURNED to **May 2, 2023**, at **1:00 p.m.**

    It is further ORDERED that the time between March 15, 2023, and May 2, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for Defendant to review discovery and for the parties to discuss a potential pretrial resolution.

SO ORDERED.

Dated: March 7, 2023
       New York, New York

ANALISA TORRES
United States District Judge