## Federal Defenders
OF NEW YORK, INC.

52 Dua

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/26/2023_

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 26, 2023

*By ECF and by e-mail*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres:

    I write on consent (Assistant U.S. Attorney Jane Chong) to respectfully request that the Court adjourn the conference currently scheduled for June 27, 2023 at 2:40 p.m., for a period of around 45 days. The parties are actively discussing a resolution of this matter, and the adjournment will allow the parties to complete those discussions.

    If the Court grants the adjournment, I further request that time be excluded under the Speedy Trial Act until the next conference.

GRANTED.  The status conference scheduled for June 27, 2023, is ADJORUNED to **August 15, 2023**, at **10:20 a.m.**

It is further ORDERED that the time between June 27 and August 15, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for the parties to discuss a potential resolution of this matter.

SO ORDERED.

Dated: June 26, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge