```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHILIP DALLMANN,

                           Defendant.

22 Cr. 660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for August 15, 2023, is ADJOURNED to **September 19, 2023**, at **3:00 p.m.**

      SO ORDERED.

Dated: August 1, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge