```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHILIP DALLMANN,

                 Defendant.

22 Cr. 660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 14, 2023, the Court ordered the parties to file a joint letter providing a status update as to plea negotiations by December 14, 2023.  *See* Dkt. Entry 11/14/2023.  This submission is overdue.  Accordingly, by **December 22, 2023**, the parties shall file the status update.

      SO ORDERED.

Dated: December 19, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge