**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2024

*By ECF*

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres**:**

    I write on consent (Assistant U.S. Attorney Jane Chong) to respectfully request that the Court reschedule sentencing to a date that does not fall between June 10, 2024 and June 21, 2024.

    On January 30, 2024, Mr. Dallmann entered a guilty plea and the Court scheduled sentencing for June 11, 2024, at 3:00 p.m. Mr. Dallmann's mother would like to attend sentencing, and she has a planned trip that will conflict with the current date. Accordingly, I respectfully request that the Court reschedule sentencing for a date that does not fall between June 10, 2024 and June 21, 2024.

    Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

cc:     Jane Chong, Esq., by ECF