USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __02/16/2024__

# Federal Defenders
## OF NEW YORK, INC.

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

Jennifer L. Brown
*Attorney-in-Charge*

February 16, 2024

**By ECF**

Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres:

    I write on consent (Assistant U.S. Attorney Jane Chong) to respectfully request that the Court reschedule sentencing to a date that does not fall between June 10, 2024 and June 21, 2024.

    On January 30, 2024, Mr. Dallmann entered a guilty plea and the Court scheduled sentencing for June 11, 2024, at 3:00 p.m. Mr. Dallmann's mother would like to attend sentencing, and she has a planned trip that will conflict with the current date. Accordingly, I respectfully request that the Court reschedule sentencing for a date that does not fall between June 10, 2024 and June 21, 2024.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

GRANTED.  The sentencing scheduled for **June 11, 2024**, is ADJOURNED to **July 9, 2024**, at **2:00 p.m.**  By **June 21, 2024**, Defendant shall file his sentencing submission.  By **June 28, 2024**, the Government shall file its sentencing submission.

SO ORDERED.

Dated: February 16, 2024
      New York, New York

ANALISA TORRES
United States District Judge