# Federal Defenders
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __06/24/2024__
```

June 21, 2024

By ECF

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres:

    I write to respectfully request a four-day extension to file my sentencing submission in this case, which is currently due today. Sentencing in this matter is scheduled for July 9, 2024, and I request an extension to June 25, 2024 to file my submission.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
646-588-8317

cc:   Jane Chong, Esq., by ECF

---

GRANTED. Because of a scheduling conflict, the sentencing on July 9, 2024, is RESCHEDULED to the same day at 3:00 p.m.

SO ORDERED.

Dated: June 24, 2024
       New York, New York.

ANALISA TORRES
United States District Judge