## Declaration of Victim Losses

District Name  New York-Southern

U.S. vs.  Philip Dallman

Case No. 0208 1:22CR00660-001

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , residing at
▮▮▮▮▮▮▮▮▮▮▮▮▮▮ , in the city (or county) of
▮▮▮▮▮▮▮▮▮▮▮▮ , in the state of ▮▮▮▮▮▮▮ , am a victim
in the above referenced case. I believe that I am entitled to restitution in the total amount of

$ 191,027.08 .

My specific losses, harms, or costs as a result of this offense are summarized as follows:

ATTACHED DOCUMENTS:

(1) AFFIDAVIT OF CONFESSION OF JUDGMENT

(2) SUPPORTING DOCUMENT - CONFESSION OF JUDGMENT

(3) VICTIMS IMPACT STATEMENT : ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(4) VICTIMS IMPACT STATEMENT: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(Additional Pages May be Necessary)

I have been compensated by insurance or another source with respect to all or a portion of my losses in
the amount of $   0              . I have marked above those losses for which have been
compensated with a check (☐). The name and address of my insurance company (or other
compensator) and the claim number for this loss is as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

EIGTH  day of  MARCH  ,  2024 .