USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/03/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

PHILIP DALLMANN,

                Defendant.

22 Cr. 660 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled for July 9, 2024, at 3:00 p.m., is ADJOURNED to the same day at **5:15 p.m.** in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: July 3, 2024
       New York, New York

ANALISA TORRES
United States District Judge