

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, NY 10278

July 8, 2024

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Philip Dallmann*, 22 Cr. 660 (AT)

Dear Judge Torres:

The accompanying victim impact letters, Exs. C and D to the Government's sentencing submission, were previously filed under seal in their entirety and are now being filed with personal identifiers appropriately redacted. Exhibit C has been revised by the victim.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

by: _____
Jane Chong
Assistant United States Attorney
(917) 763-3172

Cc (By CM/ECF): Martin Cohen, Esq