# Exhibit C

*United States VS Philip Dallmann*

*0208 1:22CR00660-001*

The Honorable Judge Torres,
Thank you for considering mine and my family's experience, and the ways that the defendant's actions have impacted us. To describe the extent to which Philip Dallmann's deceit, manipulation, and coercion have impacted me remains an incredibly painful task. However I do believe it is imperative for the court to understand the depth of the defendant's fraudulent behavior to adequately measure appropriate accountability. His actions were inhumane, lacking basic empathy or concern for people's lives. My hope in sharing the painful details of my experience is that you may fully realize the importance of protecting individuals and institutions from becoming future victims to his exploitative and abusive behavior.

As a result of the psychological and financial abuse endured during my relationship with the defendant, and the trauma that followed, I have been diagnosed with post traumatic stress disorder (PTSD) and have struggled immensely with the resulting anxiety and depression. I spent the majority of last year in eating disorder treatment (April 2023 - February 2024), including being hospitalized for 7 weeks and in partial hospitalization for over 4 months. My treatment team too attribute this to the emotional trauma endured as a result of the defendant's abuse over the 4.5 year course of our relationship. The loss of income from my leave from work needed to receive treatment, and the cost of acquiring therapeutic support over the past 4 years have further impacted my financial and emotional state beyond the debt noted in the existing case file.

Within 2 months of dating, the defendant fictitiously told me he had been diagnosed with cancer knowing that my grandmother had passed away from the same illness. During these early stages of our relationship I took time away from work to care for him, cook for him, and essentially became a caregiver to a man who was physically well, only manipulative. Over time he began walking with a cane claiming that he was suffering mobility issues from the chemotherapy. My friends, in an effort to help support me, began to help cook and deliver food for him at their own expense. The defendant then shared with me that his doctor had told him that his kidneys were failing and testing they had done was not going to be covered by insurance. He told me that until the bill for said testing was paid in full, they would cease his treatment even while he was in this fragile state and close to kidney failure. I emptied my savings and gave him the $6700 that I had, believing that this was a matter of life or death.

This was only the beginning of the intense manipulation that followed throughout the course of our relationship. To walk through each act that followed over the 4.5 years and beyond would fill a novel. High control tactics were used to manipulate me into thinking that I was emotionally unstable and was experiencing things differently from reality. From the clothes I wore, to the

friendships I chose, the jobs that I had, my understanding of finances, how I communicated with my family - the deliberate and calculated lies I was told by the defendant were slowly stripping me away from connection and support outside of anyone but him and resulted in an almost complete loss of self. In tandem, he was falsely telling my family about my growing 'emotional instability' which caused them to fear speaking with me honestly and so they began talking through the defendant. This allowed the defendant to put blame of stolen money and unauthorized usage of credit cards on me and falsely communicated to my family that I had admitted having a spending addiction and was also causing the defendant financial harm in my actions.

At the time I was juggling multiple jobs, often working 12 hour days and weekends, and believed, as I was informed by him, that the defendant was running a successful consulting business as well as having a book deal with Random House. Unknown to me, the cost of his office and its setup was being paid for with my father's credit card and there was no book deal or any clients/income from his fabricated consulting firm. The defendant created fictitious invoices and presented them to me to display money that we were supposedly waiting to receive to explain unpaid bills, told me that my father was in extreme financial crisis and was borrowing money from the defendant, and deliberately disoriented me past the point of hope for any attunement.

Despite his efforts to diminish my ability to think critically and trust my own eyes I was able to uncover the reality. I discovered $30,000 of unpaid rent on the apartment we lived in, emails from my bank regarding credit card collections had been silenced by him within my personal email inbox, and written notices of collection addressed to me had been hidden. This does not include the stolen money on my father's credit cards that took months to calculate the totality of losses from. This level of financial abuse left me in an incredibly vulnerable position with an almost empty bank account and impending housing insecurity. Even after we separated the defendant did not allow me peace and added further to the feelings of unsafety and disorientation by emailing me impersonating the treasurer of the ▇▇▇▇▇▇▇▇ Board of Directors, again in order to steal money and avoid repayment. It was these exact emails that triggered my intuition and allowed me to alert ▇▇▇▇▇▇▇▇ to the risk they were exposed to and lead to the investigation that brought us here today.

The level of abuse I experienced from the defendant and lengths he will go to in order to steal are destructive beyond description. While the debt we are now in is devastating to myself and my family, the numbers alone cannot speak to the totality of the impact.
This is not an isolated incident. This has happened to others before me, who like us, were left with no choice but to pick up the bill for financial damages as best as they could for years after. Others who were told of a fictitious cancer diagnosis, who opened their hearts generously to the defendant, who were conditioned to loyalty. They did not have an opportunity to share their experiences or seek restitution as I do today.

The defendant has been relentless in his actions, actions that have lasting impact not just on myself, but my father who can no longer retire after working unspeakably hard his whole life because he was conned out of hundreds of thousands of dollars by the defendant, those who

trusted him as a leader and now question their judgment, and the vulnerable youth at ███████ he was entrusted to safeguard.

It is for all of the aforementioned behavior that I respectfully request an order of protection be granted to me upon sentencing. I live in ongoing fear of being harmed by the defendant for providing evidence for this case and feel extreme insecurity due to the defendant's potential for vengeful behavior.

I thank you for considering the protection of future individuals from the defendant and his actions upon sentencing.

Respectfully,

███████████