# Exhibit D

*United States VS Philip Dallmann*
*0208 1:22CR00660-001*

The Honorable Judge Torres,

I hereby submit this brief impact statement on behalf of myself and our entire family.

One can only imagine the emotional, financial, and trauma our family has endured as a direct result from the deceit and crimes committed by Mr. Phil Dallmann.

Aside from the crimes that Phil has pleaded guilty to. Phil also deceitfully committed the shameful of claiming to have cancer and be a multi cancer survivor. Using this lie to evoke sympathy and portray himself as fragile. Meanwhile, he was scamming our family out of over $200k as well as other monetary losses, including the cost of a now disgraced wedding.

Because of his thievery and lies, I have suffered tangible economic loss. His calculated actions have significantly impacted my credit and retirement plans. As a result of Phils theft I have needed to borrow money, take out a 35k loan (from Goldman Sachs) and use portions my retirement savings to cover the debts caused by Phils theft. Leaving me in a position where I have had to stop investing towards my retirement and even had to make adjustments to my life insurance policy.

As a direct result of this financial hardship. I have also been impacted physically and mentally. The stress caused by this has seriously affected me and I have growing concerns about the long-term impact of my mental and physical health. For several years I was living with extreme anxiety. Throughout each day, I would be fearful of having a heart attack. Even assessing my proximity and location to the nearest hospital, in case I needed medical attention. The anxiety has eased, but having not suffered from anxiety prior to this, I can say that I wouldn't wish it upon anyone. The added stress has also resulted in a rise in my blood pressure. Requiring my cardiologist to increase my medication dosage. The medical professionals believe I will remain on these medications for the rest of my life.

Speaking on behalf of ▇▇▇▇'s mother and family. Above all else, the real hardship has been witnessing her endure an extremely tough period in her life. A brilliant, charming and beautiful sister and daughter. Who, like anyone, just wanted to fall in love and live a fulfilling life with a partner she could trust. Phil prayed on her trust and his predatory actions have resulted in our daughter enduring unimaginable emotional hurt. The impact of his contemptible corruption can't be understated. Phil must be held accountable for his dishonesty.

I am only one voice of the many victims and lives that have been impacted by the deceit of this despicable human. Mr. Dallman has not only cruelly impacted my family and daughters' life, as she will be describing in her own statement. He has also negatively impacted all those children and families at ▮▮▮▮▮▮▮▮▮ and other not-for-profit organizations. He tactically betrayed and defrauded an organization whose mission is to have a positive impact on society's most vulnerable. I therefore respectfully request that you consider the serious negative impact endured by so many and impose maximum sentencing upon the defendant for his callous actions.

Respectfully,

▮▮▮▮▮▮▮▮▮