USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/29/2024__

# Federal Defenders
## OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

August 28, 2024

**BY ECF**

The Honorable Analisa Torres
Southern District of New York
United States Courthouse
500 Pearl Street, Rm. 15D
New York, New York 10007

Re:   **United States v. Philip Dallmann**
      **22 CR 0660 (AT)**

Dear Judge Torres:

Philip Dallmann, through undersigned counsel, respectfully requests permission to travel to Philadelphia, Pennsylvania on August 29, 2024 and September 1, 2024 for family gatherings. The addresses and estimated times that Mr. Dallmann will be in Philadelphia have already been provided to the government and pretrial services via email.

Undersigned counsel has reached out to the government and pretrial services about this request. Neither the government nor pretrial services have any objection.

Respectfully Submitted,

_____/s/_____

Kristoff I. Williams
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8791

GRANTED.

SO ORDERED.

Dated: August 29, 2024
       New York, New York

*[Signature]*
ANALISA TORRES
United States District Judge