PROB 22
(Rev. 11/23)

DOCKET NUMBER *(Tran. Court)*
1:22 CR 660-01 (AT)

# TRANSFER OF JURISDICTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2026

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | |
|---|---|---|
| Philip Dallman<br>Moorestown, NJ | SOUTHERN DIS | |
| | NAME OF SENTENCI | |
| | Analisa Torres, U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE: | FROM 07/08/2026 / TO 07/07/2029 |

OFFENSE

Count 1: Wire Fraud in violation of 18 U.S.C. 1343 and 18 U.S.C. 2, (Class C Felony); Count 2: Access Device Fraud in violation of 18 U.S.C. 1029 (a)(5) (Class C Felony)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Longstanding residence and prosocial ties in the District of New Jersey.

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF NEW YORK"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

October 15, 2026
*Date*

*Analisa Torres: U.S. District Judge*

**By endorsement of the Transfer of Jurisdiction document, (Probation 22) and upon application of the United States of America, by and through the U.S. Probation Office, it is hereby ORDERED that in order to effectuate the Transfer of Jurisdiction of Philip Dallman's supervision from the Southern District of New York to the District of New Jersey, the sealed records of the Court in the above-styled matter relating to Philip Dallman, are unsealed for the limited purpose of transferring those records to the United States District Court for the District of New Jersey and to the Probation Department in that district.**

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*United States District Judge*